# In the United States Court of Federal Claims

**05-1403T**

**Filed: December 30, 2005**

**EL PASO GLOBAL LNG COMPANY**

**v.**

**THE UNITED STATES**

**COMPLAINT filed w/Appendix to Complaint (1 volume)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.