IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1403 T

(Judge Margolis)

EL PASO GLOBAL LNG COMPANY, et. al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, moves this Court for a 20-day enlargement, from February 28, 2006, to and including, March 20, 2006, of deadline for the defendant to file its answer or otherwise respond to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted plaintiffs' counsel, who has stated that the plaintiffs have no objection to the enlargement sought by this motion.

As good cause therefor, defendant's counsel only recently received the views of the Internal Revenue Service concerning the defense of the above-captioned case. Defendant's counsel has not had sufficient time to prepare the defendant's response to the plaintiffs' 1801 paragraph complaint. In addition, defendant's counsel is going to be out of the office the entire week of March 6, 2006, and possibly part of the week of March 13, 2006, in connection with

another case. The enlargement sought by this motion will allow defendant time to adequately prepare its response to the complaint.

WHEREFORE, defendant requests that the Court enlarge to March 20, 2006, the deadline for the defendant to file its answer or other response to the complaint in the above-captioned case.

Respectfully submitted,

s/ Benjamin King

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/ David Gustafson

Of Counsel

February 28, 2006