IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1403 T

(Judge Margolis)

EL PASO GLOBAL LNG COMPANY, et. al.,

Plaintiffs

v.

UNITED STATES,

Defendant

# ANSWER

Defendant, the United States, in answer to the complaint of plaintiffs, El Paso Global LNG Company, Coastal Eagle Point Oil Company, Coastal Coal West Virginia, LLC, Coastal Chemical, Inc., Great Lakes Gas Transmission Company, ANR Pipeline Company, ANR Development Corporation, Coastal Technology, Inc., Coastal Tankships USA, Inc., Coastal States Trading, Coastal States Management Corporation, Coastal Refining and Marketing, Inc., Coastal Power Company, Coastal Oil New England, Inc., Coastal Mobile Refining Company, Coastal Mart, Inc., Coastal Javelina, Inc., Coastal Health Management, Coastal Gas Services Company, LLC, El Paso Power Operations Company, El Paso Natural Gas Company, El Paso Merchant Energy North America Company, El Paso Global Networks Company, El Paso Field Services Management, Inc., El Paso Field Operations Company, El Paso Energy Service

Company, El Paso CGP Company, Coscol Petroleum Corporation, Coscol Marine Corporation, Colorado Interstate Gas Company, Coastal Unilube, Inc., Coastal Travel Mart, Southern Natural Gas Company, El Paso Production Oil and Gas Company, El Paso Production Company, El Paso Merchant Energy-Petroleum Company, Sandbar Petroleum, and Tennessee Gas Pipeline Company, respectfully denies each and every allegation contained therein that is not expressly admitted below. Defendant further responds to each separate paragraph of the complaint as follows:

1-39. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1-39 of the complaint.

40. Admits the allegations in paragraph 40 of the complaint.

41. Admits that this is a case for a refund of an internal revenue tax pursuant to 26 U.S.C. § 7422.

42. Jurisdiction, to the extent it exists, would be based on 28 U.S.C. § 1491.

43-46. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 43-46 of the complaint.

47. Denies the allegations in paragraph 47 of the complaint.

48-49. Paragraphs 48 and 49 of the complaint do not set forth factual allegations to which a response is required.

50. Denies the allegations set forth in paragraph 50 of the complaint.

51. Admits that paragraph 51 expressed the plaintiffs' position set forth in each claim for refund, but denies that amounts paid during the periods at issue were not subject to FICA.

52-56. Denies the allegations in paragraphs 52-56 of the complaint.

57-61. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 57-61 of the complaint.

62. In response to the allegations in paragraph 62 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

63. Admits the allegations in paragraph 63 of the complaint.

64-65. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 64-65 of the complaint.

66. Denies the allegations in paragraph 66 of the complaint.

67-68. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 67-68 of the complaint.

69-70. Denies the allegations in paragraphs 69-70 of the complaint

71. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 of the complaint.

72. In response to the allegations in paragraph 72 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 63 of the complaint.

73-74. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 73-74 of the complaint.

75. Denies the allegations in paragraph 75 of the complaint.

76-77. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 76-77 of the complaint.

78-79. Denies the allegations in paragraphs 78-79 of the complaint

80. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 of the complaint.

81. In response to the allegations in paragraph 81 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 63 of the complaint.

82-83. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 82-83 of the complaint.

84. Denies the allegations in paragraph 84 of the complaint.

85-86. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 85-86 of the complaint.

87-88. Denies the allegations in paragraphs 87-88 of the complaint

89. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89 of the complaint.

90. In response to the allegations in paragraph 90 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

91. Admits the allegations in paragraph 91 of the complaint.

92-93. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 92-93 of the complaint.

94. Denies the allegations in paragraph 94 of the complaint.

95-96. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 95-96 of the complaint.

97-98. Denies the allegations in paragraphs 97-98 of the complaint

99. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99 of the complaint.

100. In response to the allegations in paragraph 100 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

101. Admits the allegations in paragraph 101 of the complaint.

102-103. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 102-103 of the complaint.

104. Denies the allegations in paragraph 104 of the complaint.

105-106. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 105-106 of the complaint.

107-108. Denies the allegations in paragraphs 107-108 of the complaint

109. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109 of the complaint.

110. In response to the allegations in paragraph 110 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 101 of the complaint.

111-112. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 111-112 of the complaint.

113. Denies the allegations in paragraph 113 of the complaint.

114-115. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 114-115 of the complaint.

116-117. Denies the allegations in paragraphs 116-117 of the complaint

118. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118 of the complaint.

119. In response to the allegations in paragraph 119 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 101 of the complaint.

120-121. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 120-121 of the complaint.

122. Denies the allegations in paragraph 122 of the complaint.

123-124. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 123-124 of the complaint.

125-126. Denies the allegations in paragraphs 125-126 of the complaint

127. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 127 of the complaint.

128. In response to the allegations in paragraph 128 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

129. Admits the allegations in paragraph 129 of the complaint.

130-131. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 130-131 of the complaint.

132. Denies the allegations in paragraph 132 of the complaint.

133-134. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 133-134 of the complaint.

135-136. Denies the allegations in paragraphs 135-136 of the complaint

137. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137 of the complaint.

138. In response to the allegations in paragraph 138 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 129 of the complaint.

139-140. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 139-140 of the complaint.

141. Denies the allegations in paragraph 141 of the complaint.

142-143. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 142-143 of the complaint.

144-145. Denies the allegations in paragraphs 144-145 of the complaint

146. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146 of the complaint.

147. In response to the allegations in paragraph 147 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 129 of the complaint.

148-149. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 148-149 of the complaint.

150. Denies the allegations in paragraph 150 of the complaint.

151-152. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 151-152 of the complaint.

153-154. Denies the allegations in paragraphs 153-154 of the complaint

155. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155 of the complaint.

156. In response to the allegations in paragraph 156 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 129 of the complaint.

157-158. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 157-158 of the complaint.

159. Denies the allegations in paragraph 159 of the complaint.

160-161. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 160-161 of the complaint.

162-163. Denies the allegations in paragraphs 162-163 of the complaint

164. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164 of the complaint.

165. In response to the allegations in paragraph 165 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 129 of the complaint.

166-167. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 166-167 of the complaint.

168. Denies the allegations in paragraph 168 of the complaint.

169-170. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 169-170 of the complaint.

171-172. Denies the allegations in paragraphs 171-172 of the complaint

173. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173 of the complaint.

174. In response to the allegations in paragraph 174 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 129 of the complaint.

175-176. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 175-176 of the complaint.

177. Denies the allegations in paragraph 177 of the complaint.

178-179. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 178-179 of the complaint.

180-181. Denies the allegations in paragraphs 180-181 of the complaint

182. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 182 of the complaint.

183. In response to the allegations in paragraph 183 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 129 of the complaint.

184-185. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 184-185 of the complaint.

186. Denies the allegations in paragraph 186 of the complaint.

187-188. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 187-188 of the complaint.

189-190. Denies the allegations in paragraphs 189-190 of the complaint

191. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 191 of the complaint.

192. In response to the allegations in paragraph 192 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 129 of the complaint.

193-194. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 193-194 of the complaint.

195. Denies the allegations in paragraph 195 of the complaint.

196-197. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 196-197 of the complaint.

198-199. Denies the allegations in paragraphs 198-199 of the complaint

200. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 200 of the complaint.

201. In response to the allegations in paragraph 201 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

202. Admits the allegations in paragraph 202 of the complaint.

203-204. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 203-204 of the complaint.

205. Denies the allegations in paragraph 205 of the complaint.

206-207. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 206-207 of the complaint.

208-209. Denies the allegations in paragraphs 208-209 of the complaint

210. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 210 of the complaint.

211. In response to the allegations in paragraph 211 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 202 of the complaint.

212-213. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 212-213 of the complaint.

214. Denies the allegations in paragraph 214 of the complaint.

215-216. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 215-216 of the complaint.

217-218. Denies the allegations in paragraphs 217-218 of the complaint

219. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 219 of the complaint.

220. In response to the allegations in paragraph 220 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 202 of the complaint.

221-222. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 221-222 of the complaint.

223. Denies the allegations in paragraph 223 of the complaint.

224-225. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 224-225 of the complaint.

226-227. Denies the allegations in paragraphs 226-227 of the complaint

228. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 228 of the complaint.

229. In response to the allegations in paragraph 229 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 202 of the complaint.

230-231. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 230-231 of the complaint.

232. Denies the allegations in paragraph 232 of the complaint.

233-234. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 233-234 of the complaint.

235-236. Denies the allegations in paragraphs 235-236 of the complaint

237. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 237 of the complaint.

238. In response to the allegations in paragraph 238 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

239. Admits the allegations in paragraph 239 of the complaint.

240-241. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 240-241 of the complaint.

242. Denies the allegations in paragraph 242 of the complaint.

243-244. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 243-244 of the complaint.

245-246. Denies the allegations in paragraphs 245-246 of the complaint

247. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 247 of the complaint.

248. In response to the allegations in paragraph 248 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 239 of the complaint.

249-250. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 249-250 of the complaint.

251. Denies the allegations in paragraph 251 of the complaint.

252-253. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 252-253 of the complaint.

254-255. Denies the allegations in paragraphs 254-255 of the complaint

256. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 256 of the complaint.

257. In response to the allegations in paragraph 257 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 239 of the complaint.

258-259. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 258-259 of the complaint.

260. Denies the allegations in paragraph 260 of the complaint.

261-262. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 261-262 of the complaint.

263-264. Denies the allegations in paragraphs 263-264 of the complaint

265. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 265 of the complaint.

266. In response to the allegations in paragraph 266 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 239 of the complaint.

267-268. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 267-268 of the complaint.

269. Denies the allegations in paragraph 269 of the complaint.

270-271. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 270-271 of the complaint.

272-273. Denies the allegations in paragraphs 272-273 of the complaint

274. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 274 of the complaint.

275. In response to the allegations in paragraph 275 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 239 of the complaint.

276-277. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 276-277 of the complaint.

278. Denies the allegations in paragraph 278 of the complaint.

279-280. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 279-280 of the complaint.

281-282. Denies the allegations in paragraphs 281-282 of the complaint

283. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 283 of the complaint.

284. In response to the allegations in paragraph 284 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 239 of the complaint.

285-286. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 285-286 of the complaint.

287. Denies the allegations in paragraph 287 of the complaint.

288-289 States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 288-289 of the complaint.

290-291. Denies the allegations in paragraphs 290-291 of the complaint

292. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 292 of the complaint.

293. In response to the allegations in paragraph 293 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 239 of the complaint.

294-295. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 294-295 of the complaint.

296. Denies the allegations in paragraph 296 of the complaint.

297-298. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 297-298 of the complaint.

299-300. Denies the allegations in paragraphs 299-300 of the complaint

301. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 301 of the complaint.

302. In response to the allegations in paragraph 302 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61.

303. Admits the allegations in paragraph 303 of the complaint.

304-305. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 304-305 of the complaint.

306. Denies the allegations in paragraph 306 of the complaint.

307-308. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 307-308 of the complaint.

309-310. Denies the allegations in paragraphs 309-310 of the complaint

311. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 311 of the complaint.

312. In response to the allegations in paragraph 312 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 303 of the complaint.

313-314. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 313-314 of the complaint.

315. Denies the allegations in paragraph 315 of the complaint.

316-317. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 316-317 of the complaint.

318-319. Denies the allegations in paragraphs 318-319 of the complaint

320. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 320 of the complaint.

321. In response to the allegations in paragraph 321 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61.

322. Admits the allegations in paragraph 322 of the complaint.

323-324. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 323-324 of the complaint.

325. Denies the allegations in paragraph 325 of the complaint.

326-327. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 326-327 of the complaint.

328-329. Denies the allegations in paragraphs 328-329 of the complaint

330. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 330 of the complaint.

331. In response to the allegations in paragraph 331 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 322 of the complaint.

332-333. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 332-333 of the complaint.

334. Denies the allegations in paragraph 334 of the complaint.

335-336. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 335-336 of the complaint.

337-338. Denies the allegations in paragraphs 337-338 of the complaint

339. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 339 of the complaint.

340. In response to the allegations in paragraph 340 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 322 of the complaint.

341-342. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 341-342 of the complaint.

343. Denies the allegations in paragraph 343 of the complaint.

344-345. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 344-345 of the complaint.

346-347. Denies the allegations in paragraphs 346-347 of the complaint

348. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 348 of the complaint.

349. In response to the allegations in paragraph 349 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61.

350. Admits the allegations in paragraph 350 of the complaint.

351-352. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 351-352 of the complaint.

353. Denies the allegations in paragraph 353 of the complaint.

354-355. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 354-355 of the complaint.

356-357. Denies the allegations in paragraphs 356-357 of the complaint

358. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 358 of the complaint.

359. In response to the allegations in paragraph 359 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61.

360. Admits the allegations in paragraph 360 of the complaint.

361-362. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 361-362 of the complaint.

363. Denies the allegations in paragraph 363 of the complaint.

364-365. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 364-365 of the complaint.

366-367. Denies the allegations in paragraphs 366-367 of the complaint

368. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 368 of the complaint.

369. In response to the allegations in paragraph 369 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 360 of the complaint.

370-371. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 370-371 of the complaint.

372. Denies the allegations in paragraph 372 of the complaint.

373-374. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 373-374 of the complaint.

375-376. Denies the allegations in paragraphs 375-376 of the complaint

377. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 377 of the complaint.

378. In response to the allegations in paragraph 378 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 360 of the complaint.

379-380. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 379-380 of the complaint.

381. Denies the allegations in paragraph 381 of the complaint.

382-383. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 382-383 of the complaint.

384-385. Denies the allegations in paragraphs 384-385 of the complaint

386. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 386 of the complaint.

387. In response to the allegations in paragraph 387 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61.

388. Admits the allegations in paragraph 388 of the complaint.

389-390. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 389-390 of the complaint.

391. Denies the allegations in paragraph 391 of the complaint.

392-393. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 392-393 of the complaint.

394-395. Denies the allegations in paragraphs 394-395 of the complaint

396. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 396 of the complaint.

397. In response to the allegations in paragraph 397 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 378 of the complaint.

398-399. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 398-399 of the complaint.

400. Denies the allegations in paragraph 400 of the complaint.

401-402. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 401-402 of the complaint.

403-404. Denies the allegations in paragraphs 403-404 of the complaint

405. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 405 of the complaint.

406. In response to the allegations in paragraph 406 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

407. Admits the allegations in paragraph 407 of the complaint.

408-409. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 408-409 of the complaint.

410. Denies the allegations in paragraph 410 of the complaint.

411-412. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 411-412 of the complaint.

413-414. Denies the allegations in paragraphs 413-414 of the complaint

415. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 415 of the complaint.

416. In response to the allegations in paragraph 416 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

417. Admits the allegations in paragraph 417 of the complaint.

418-419. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 418-419 of the complaint.

420. Denies the allegations in paragraph 420 of the complaint.

421-422. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 421-422 of the complaint.

423-424. Denies the allegations in paragraphs 423-424 of the complaint

425. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 425 of the complaint.

426. In response to the allegations in paragraph 426 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 417 of the complaint.

427-428. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 427-428 of the complaint.

429. Denies the allegations in paragraph 429 of the complaint.

430-431. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 430-431 of the complaint.

432-433. Denies the allegations in paragraphs 432-433 of the complaint

434. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 434 of the complaint.

435. In response to the allegations in paragraph 435 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 417 of the complaint.

436-437. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 436-437 of the complaint.

438. Denies the allegations in paragraph 438 of the complaint.

439-440. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 439-440 of the complaint.

441-442. Denies the allegations in paragraphs 441-442 of the complaint

443. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 443 of the complaint.

444. In response to the allegations in paragraph 444 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 417 of the complaint.

445-446. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 445-446 of the complaint.

447. Denies the allegations in paragraph 447 of the complaint.

448-449. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 448-449 of the complaint.

450-451. Denies the allegations in paragraphs 450-451 of the complaint

452. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 452 of the complaint.

453. In response to the allegations in paragraph 453 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

454. Admits the allegations in paragraph 454 of the complaint.

455-456. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 455-456 of the complaint.

457. Denies the allegations in paragraph 457 of the complaint.

458-459. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 458-459 of the complaint.

460-461. Denies the allegations in paragraphs 460-461 of the complaint

462. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 462 of the complaint.

463. In response to the allegations in paragraph 463 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

464. Admits the allegations in paragraph 464 of the complaint.

465-466. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 465-466 of the complaint.

467. Denies the allegations in paragraph 467 of the complaint.

468-469. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 468-469 of the complaint.

470-471. Denies the allegations in paragraphs 470-471 of the complaint

472. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 472 of the complaint.

473. In response to the allegations in paragraph 473 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

474. Admits the allegations in paragraph 474 of the complaint.

475-476. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 475-476 of the complaint.

477. Denies the allegations in paragraph 477 of the complaint.

478-479. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 478-479 of the complaint.

480-481. Denies the allegations in paragraphs 480-481 of the complaint

482. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 482 of the complaint.

483. In response to the allegations in paragraph 483 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

484. Admits the allegations in paragraph 484 of the complaint.

485-486. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 485-486 of the complaint.

487. Denies the allegations in paragraph 487 of the complaint.

488-489. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 488-489 of the complaint.

490-491. Denies the allegations in paragraphs 490-491 of the complaint

492. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 492 of the complaint.

493. In response to the allegations in paragraph 493 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 484 of the complaint.

494-495. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 494-495 of the complaint.

496. Denies the allegations in paragraph 496 of the complaint.

497-498. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 497-498 of the complaint.

499-500. Denies the allegations in paragraphs 499-500 of the complaint

501. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 501 of the complaint.

502. In response to the allegations in paragraph 502 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 484 of the complaint.

503-504. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 503-504 of the complaint.

505. Denies the allegations in paragraph 505 of the complaint.

506-507. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 506-507 of the complaint.

508-509. Denies the allegations in paragraphs 508-509 of the complaint

510. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 510 of the complaint.

511. In response to the allegations in paragraph 511 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

512. Admits the allegations in paragraph 512 of the complaint.

513-514. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 513-514 of the complaint.

515. Denies the allegations in paragraph 515 of the complaint.

516-517. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 516-517 of the complaint.

518-519. Denies the allegations in paragraphs 518-519 of the complaint

520. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 520 of the complaint.

521. In response to the allegations in paragraph 521 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

522. Admits the allegations in paragraph 522 of the complaint.

523-524. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 523-524 of the complaint.

525. Denies the allegations in paragraph 525 of the complaint.

526-527. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 526-527 of the complaint.

528-529. Denies the allegations in paragraphs 528-529 of the complaint

530. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 530 of the complaint.

531. In response to the allegations in paragraph 531 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

532. Admits the allegations in paragraph 532 of the complaint.

533-534. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 533-534 of the complaint.

535. Denies the allegations in paragraph 535 of the complaint.

536-537. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 536-537 of the complaint.

538-539. Denies the allegations in paragraphs 538-539 of the complaint

540. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 540 of the complaint.

541. In response to the allegations in paragraph 541 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

542. Admits the allegations in paragraph 542 of the complaint.

543-544. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 543-544 of the complaint.

545. Denies the allegations in paragraph 545 of the complaint.

546-547. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 546-547 of the complaint.

548-549. Denies the allegations in paragraphs 548-549 of the complaint

550. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 550 of the complaint.

551. In response to the allegations in paragraph 551 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

552-553. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 552-553 of the complaint.

554. Denies the allegations in paragraph 554 of the complaint.

555-556. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 555-556 of the complaint.

557-558. Denies the allegations in paragraphs 557-558 of the complaint

559. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 559 of the complaint.

560. In response to the allegations in paragraph 560 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

561-562. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 561-562 of the complaint.

563. Denies the allegations in paragraph 563 of the complaint.

564-565. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 564-565 of the complaint.

566-567. Denies the allegations in paragraphs 566-567 of the complaint

568. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 568 of the complaint.

569. In response to the allegations in paragraph 569 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

570-571. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 570-571 of the complaint.

572. Denies the allegations in paragraph 572 of the complaint.

573-574. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 573-574 of the complaint.

575-576. Denies the allegations in paragraphs 575-576 of the complaint

577. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 577 of the complaint.

578. In response to the allegations in paragraph 578 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

579-580. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 579-580 of the complaint.

581. Denies the allegations in paragraph 581 of the complaint.

582-583. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 582-583 of the complaint.

584-585. Denies the allegations in paragraphs 584-585 of the complaint

586. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 586 of the complaint.

587. In response to the allegations in paragraph 587 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

588-589. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 588-589 of the complaint.

590. Denies the allegations in paragraph 590 of the complaint.

591-592. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 591-592 of the complaint.

593-594. Denies the allegations in paragraphs 593-594 of the complaint

595. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 595 of the complaint.

596. In response to the allegations in paragraph 596 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

597-598. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 597-598 of the complaint.

599. Denies the allegations in paragraph 599 of the complaint.

600-601. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 600-601 of the complaint.

602-603. Denies the allegations in paragraphs 602-603 of the complaint

604. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 604 of the complaint.

605. In response to the allegations in paragraph 605 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

606-607. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 606-607 of the complaint.

608. Denies the allegations in paragraph 608 of the complaint.

609-610. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 609-610 of the complaint.

611-612. Denies the allegations in paragraphs 611-612 of the complaint

613. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 613 of the complaint.

614. In response to the allegations in paragraph 614 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

615-616. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 615-616 of the complaint.

617. Denies the allegations in paragraph 617 of the complaint.

618-619. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 618-619 of the complaint.

620-621. Denies the allegations in paragraphs 620-621 of the complaint

622. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 622 of the complaint.

623. In response to the allegations in paragraph 623 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

624-625. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 624-625 of the complaint.

626. Denies the allegations in paragraph 626 of the complaint.

627-628. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 627-628 of the complaint.

629-630. Denies the allegations in paragraphs 629-630 of the complaint

631. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 631 of the complaint.

632. In response to the allegations in paragraph 632 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

633-634. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 633-634 of the complaint.

635. Denies the allegations in paragraph 635 of the complaint.

636-637. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 636-637 of the complaint.

638-639. Denies the allegations in paragraphs 638-639 of the complaint

640. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 640 of the complaint.

641. In response to the allegations in paragraph 641 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 542 of the complaint.

642-643. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 642-643 of the complaint.

644. Denies the allegations in paragraph 644 of the complaint.

645-646. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 645-646 of the complaint.

647-648. Denies the allegations in paragraphs 647-648 of the complaint

649. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 649 of the complaint.

650. In response to the allegations in paragraph 650 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

651. Admits the allegations in paragraph 651 of the complaint.

652-653. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 652-653 of the complaint.

654. Denies the allegations in paragraph 654 of the complaint.

655-656. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 655-656 of the complaint.

657-658. Denies the allegations in paragraphs 657-658 of the complaint

659. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 659 of the complaint.

660. In response to the allegations in paragraph 660 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 651 of the complaint.

661-662. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 661-662 of the complaint.

663. Denies the allegations in paragraph 663 of the complaint.

664-665. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 664-665 of the complaint.

666-667. Denies the allegations in paragraphs 666-667 of the complaint

668. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 668 of the complaint.

669. In response to the allegations in paragraph 669 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 651 of the complaint.

670-671. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 670-671 of the complaint.

672. Denies the allegations in paragraph 672 of the complaint.

673-674. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 673-674 of the complaint.

675-676. Denies the allegations in paragraphs 675-676 of the complaint

677. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 677 of the complaint.

678. In response to the allegations in paragraph 678 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 651 of the complaint.

679-680. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 679-680 of the complaint.

681. Denies the allegations in paragraph 681 of the complaint.

682-683. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 682-683 of the complaint.

684-685. Denies the allegations in paragraphs 684-685 of the complaint

686. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 686 of the complaint.

687. In response to the allegations in paragraph 687 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 651 of the complaint.

688-689. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 688-689 of the complaint.

690. Denies the allegations in paragraph 690 of the complaint.

691-692. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 691-692 of the complaint.

693-694. Denies the allegations in paragraphs 693-694 of the complaint

695. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 695 of the complaint.

696. In response to the allegations in paragraph 696 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 651 of the complaint.

697-698. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 697-698 of the complaint.

699. Denies the allegations in paragraph 699 of the complaint.

700-701. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 700-701 of the complaint.

702-703. Denies the allegations in paragraphs 702-703 of the complaint

704. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 704 of the complaint.

705. In response to the allegations in paragraph 705 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 651 of the complaint.

706-707. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 706-707 of the complaint.

708. Denies the allegations in paragraph 708 of the complaint.

709-710. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 709-710 of the complaint.

711-712. Denies the allegations in paragraphs 711-712 of the complaint

713. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 713 of the complaint.

714. In response to the allegations in paragraph 714 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 651 of the complaint.

715-716. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 715-716 of the complaint.

717. Denies the allegations in paragraph 717 of the complaint.

718-719. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 718-719 of the complaint.

720-721. Denies the allegations in paragraphs 720-721 of the complaint

722. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 722 of the complaint.

723. In response to the allegations in paragraph 723 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

724. Admits the allegations in paragraph 724 of the complaint.

725-726. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 725-726 of the complaint.

727. Denies the allegations in paragraph 727 of the complaint.

728-729. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 728-729 of the complaint.

730-731. Denies the allegations in paragraphs 730-731 of the complaint

732. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 732 of the complaint.

733. In response to the allegations in paragraph 733 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

734-735. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 734-735 of the complaint.

736. Denies the allegations in paragraph 736 of the complaint.

737-738. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 737-738 of the complaint.

739-740. Denies the allegations in paragraphs 739-740 of the complaint

741. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 741 of the complaint.

742. In response to the allegations in paragraph 742 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

743-744. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 743-744 of the complaint.

745. Denies the allegations in paragraph 745 of the complaint.

746-747. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 746-747 of the complaint.

748-749. Denies the allegations in paragraphs 748-749 of the complaint

750. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 750 of the complaint.

751. In response to the allegations in paragraph 751 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

752-753. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 752-753 of the complaint.

754. Denies the allegations in paragraph 754 of the complaint.

755-756. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 755-756 of the complaint.

757-758. Denies the allegations in paragraphs 757-758 of the complaint

759. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 759 of the complaint.

760. In response to the allegations in paragraph 760 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

761-762. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 761-762 of the complaint.

763. Denies the allegations in paragraph 763 of the complaint.

764-765. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 764-765 of the complaint.

766-767. Denies the allegations in paragraphs 766-767 of the complaint

768. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 768 of the complaint.

769. In response to the allegations in paragraph 769 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

770-771. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 770-771 of the complaint.

772. Denies the allegations in paragraph 772 of the complaint.

773-774. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 773-774 of the complaint.

775-776. Denies the allegations in paragraphs 775-776 of the complaint

777. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 777 of the complaint.

778. In response to the allegations in paragraph 778 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

779-780. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 779-780 of the complaint.

781. Denies the allegations in paragraph 781 of the complaint.

782-783. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 782-783 of the complaint.

784-785. Denies the allegations in paragraphs 784-785 of the complaint

786. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 786 of the complaint.

787. In response to the allegations in paragraph 787 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

788-789. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 788-789 of the complaint.

790. Denies the allegations in paragraph 790 of the complaint.

791-792. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 791-792 of the complaint.

793-794. Denies the allegations in paragraphs 793-794 of the complaint

795. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 795 of the complaint.

796. In response to the allegations in paragraph 796 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

797-798. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 797-798 of the complaint.

799. Denies the allegations in paragraph 799 of the complaint.

800-801. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 800-801 of the complaint.

802-803. Denies the allegations in paragraphs 802-803 of the complaint

804. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 804 of the complaint.

805. In response to the allegations in paragraph 805 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

806-807. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 806-807 of the complaint.

808. Denies the allegations in paragraph 808 of the complaint.

809-810. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 809-810 of the complaint.

811-812. Denies the allegations in paragraphs 811-812 of the complaint

813. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 813 of the complaint.

814. In response to the allegations in paragraph 814 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 715 of the complaint.

815-816. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 815-816 of the complaint.

817. Denies the allegations in paragraph 817 of the complaint.

818-819. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 818-819 of the complaint.

820-821. Denies the allegations in paragraphs 820-821 of the complaint

822. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 822 of the complaint.

823. In response to the allegations in paragraph 823 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

824-825. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 824-825 of the complaint.

826. Denies the allegations in paragraph 826 of the complaint.

827-828. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 827-828 of the complaint.

829-830. Denies the allegations in paragraphs 829-830 of the complaint

831. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 831 of the complaint.

832. In response to the allegations in paragraph 832 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

833-834. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 833-834 of the complaint.

835. Denies the allegations in paragraph 835 of the complaint.

836-837. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 836-837 of the complaint.

838-839. Denies the allegations in paragraphs 838-839 of the complaint

840. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 840 of the complaint.

841. In response to the allegations in paragraph 841 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

842-843. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 842-843 of the complaint.

844. Denies the allegations in paragraph 844 of the complaint.

845-846. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 845-846 of the complaint.

847-848. Denies the allegations in paragraphs 847-848 of the complaint

849. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 849 of the complaint.

850. In response to the allegations in paragraph 850 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

851-852. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 851-852 of the complaint.

853. Denies the allegations in paragraph 853 of the complaint.

854-855. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 854-855 of the complaint.

856-857. Denies the allegations in paragraphs 856-857 of the complaint

858. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 858 of the complaint.

859. In response to the allegations in paragraph 859 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 724 of the complaint.

860-861. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 860-861 of the complaint.

862. Denies the allegations in paragraph 862 of the complaint.

863-864. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 863-864 of the complaint.

865-866. Denies the allegations in paragraphs 865-866 of the complaint

867. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 867 of the complaint.

868. In response to the allegations in paragraph 868 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

869. Admits the allegations in paragraph 869 of the complaint.

870-871. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 870-871 of the complaint.

872. Denies the allegations in paragraph 872 of the complaint.

873-874. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 873-874 of the complaint.

875-876. Denies the allegations in paragraphs 875-876 of the complaint

877. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 877 of the complaint.

878. In response to the allegations in paragraph 878 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

879-880. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 879-880 of the complaint.

881. Denies the allegations in paragraph 881 of the complaint.

882-883. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 881-883 of the complaint.

884-885. Denies the allegations in paragraphs 884-885 of the complaint

886. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 886 of the complaint.

887. In response to the allegations in paragraph 887 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

888-889. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 888-889 of the complaint.

890. Denies the allegations in paragraph 890 of the complaint.

891-892. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 891-892 of the complaint.

893-894. Denies the allegations in paragraphs 893-894 of the complaint

895. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 895 of the complaint.

896. In response to the allegations in paragraph 896 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

897-898. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 897-898 of the complaint.

899. Denies the allegations in paragraph 899 of the complaint.

900-901. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 900-901 of the complaint.

902-903. Denies the allegations in paragraphs 902-903 of the complaint

904. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 904 of the complaint.

905. In response to the allegations in paragraph 905 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

906-907. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 906-907 of the complaint.

908. Denies the allegations in paragraph 908 of the complaint.

909-910. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 909-910 of the complaint.

911-912. Denies the allegations in paragraphs 911-912 of the complaint

913. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 913 of the complaint.

914. In response to the allegations in paragraph 914 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

915-916. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 915-916 of the complaint.

917. Denies the allegations in paragraph 917 of the complaint.

918-919. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 918-919 of the complaint.

920-921. Denies the allegations in paragraphs 920-921 of the complaint

922. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 922 of the complaint.

923. In response to the allegations in paragraph 923 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

924-925. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 924-925 of the complaint.

926. Denies the allegations in paragraph 926 of the complaint.

927-928. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 927-928 of the complaint.

929-930. Denies the allegations in paragraphs 929-930 of the complaint

931. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 931 of the complaint.

932. In response to the allegations in paragraph 932 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

933-934. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 933-934 of the complaint.

935. Denies the allegations in paragraph 935 of the complaint.

936-937. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 936-937 of the complaint.

938-939. Denies the allegations in paragraphs 938-939 of the complaint

940. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 940 of the complaint.

941. In response to the allegations in paragraph 941of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

942-943. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 942-943 of the complaint.

944. Denies the allegations in paragraph 944 of the complaint.

945-946. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 945-946 of the complaint.

947-948. Denies the allegations in paragraphs 947-948 of the complaint

949. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 949 of the complaint.

950. In response to the allegations in paragraph 950 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

951-952. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 951-952 of the complaint.

953. Denies the allegations in paragraph 953 of the complaint.

954-955. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 954-955 of the complaint.

956-957. Denies the allegations in paragraphs 956-957 of the complaint

958. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 958 of the complaint.

959. In response to the allegations in paragraph 959 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 869 of the complaint.

960-961. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 960-961 of the complaint.

962. Denies the allegations in paragraph 962 of the complaint.

963-964. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 963-964 of the complaint.

965-966. Denies the allegations in paragraphs 965-966 of the complaint

967. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 967 of the complaint.

968. In response to the allegations in paragraph 968 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

969. Admits the allegations in paragraph 969 of the complaint.

970-971. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 970-971 of the complaint.

972. Denies the allegations in paragraph 972 of the complaint.

973-974. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 973-974 of the complaint.

975-976. Denies the allegations in paragraphs 975-976 of the complaint

977. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 977 of the complaint.

978. In response to the allegations in paragraph 978 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

979-980. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 979-980 of the complaint.

981. Denies the allegations in paragraph 981 of the complaint.

982-982. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 982-983 of the complaint.

984-985. Denies the allegations in paragraphs 984-985 of the complaint

986. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 986 of the complaint.

987. In response to the allegations in paragraph 987 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

988-989. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 988-989 of the complaint.

990. Denies the allegations in paragraph 990 of the complaint.

991-992. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 991-992 of the complaint.

993-994. Denies the allegations in paragraphs 994-993 of the complaint

995. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 995 of the complaint.

996. In response to the allegations in paragraph 996 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

997-998. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 997-998 of the complaint.

999. Denies the allegations in paragraph 999 of the complaint.

1000-1001. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1000-1001 of the complaint.

1002-1003. Denies the allegations in paragraphs 1002-1003 of the complaint

1004. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1004 of the complaint.

1005. In response to the allegations in paragraph 1005 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1006-1007. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1006-1007 of the complaint.

1008. Denies the allegations in paragraph 1008 of the complaint.

1009-1010. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1009-1010 of the complaint.

1011-1012. Denies the allegations in paragraphs 1011-1012 of the complaint

1013. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1013 of the complaint.

1014. In response to the allegations in paragraph 1014 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1015-1016. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1015-1016 of the complaint.

1017. Denies the allegations in paragraph 1017 of the complaint.

1018-1019. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1018-1019 of the complaint.

1020-1021. Denies the allegations in paragraphs 1020-1021 of the complaint

1022. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1022 of the complaint.

1023. In response to the allegations in paragraph 1023 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1024-1025. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1024-1025 of the complaint.

1026. Denies the allegations in paragraph 1026 of the complaint.

1027-1028. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1027-1028 of the complaint.

1029-1030. Denies the allegations in paragraphs 1029-1030 of the complaint

1031. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1031 of the complaint.

1032. In response to the allegations in paragraph 1032 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1033-1034. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1033-1034 of the complaint.

1035. Denies the allegations in paragraph 1035 of the complaint.

1036-1037. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1036-1037 of the complaint.

1038-1039. Denies the allegations in paragraphs 1038-1039 of the complaint

1040. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1040 of the complaint.

1041. In response to the allegations in paragraph 1041 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1042-1043. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1042-1043 of the complaint.

1044. Denies the allegations in paragraph 1044 of the complaint.

1045-1046. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1045-1046 of the complaint.

1047-1048. Denies the allegations in paragraphs 1047-1048 of the complaint

1049. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1049 of the complaint.

1050. In response to the allegations in paragraph 1050 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1051-1052. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1051-1052 of the complaint.

1053. Denies the allegations in paragraph 1053 of the complaint.

1054-1055. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1054-1055 of the complaint.

1056-1057. Denies the allegations in paragraphs 1056-1057 of the complaint

1058. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1058 of the complaint.

1059. In response to the allegations in paragraph 1059 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1060-1061. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1060-1061 of the complaint.

1062. Denies the allegations in paragraph 1062 of the complaint.

1063-1064. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1063-1064 of the complaint.

1065-1066. Denies the allegations in paragraphs 1065-1066 of the complaint

1067. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1067 of the complaint.

1068. In response to the allegations in paragraph 1068 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1069-1070. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1069-1070 of the complaint.

1071. Denies the allegations in paragraph 1071 of the complaint.

1072-1073. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1072-1073 of the complaint.

1074-1075. Denies the allegations in paragraphs 1074-1075 of the complaint

1076. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1076 of the complaint.

1077. In response to the allegations in paragraph 1077 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1078-1079. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1078-1079 of the complaint.

1080. Denies the allegations in paragraph 1080 of the complaint.

1081-1082. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1081-1082 of the complaint.

1083-1084. Denies the allegations in paragraphs 1083-1084 of the complaint

1085. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1085 of the complaint.

1086. In response to the allegations in paragraph 1086 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1087-1088. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1087-1088 of the complaint.

1089. Denies the allegations in paragraph 1089 of the complaint.

1090-1091. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1090-1091 of the complaint.

1092-1093. Denies the allegations in paragraphs 1092-1093 of the complaint

1094. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1094 of the complaint.

1095. In response to the allegations in paragraph 1095 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 969 of the complaint.

1096-1097. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1096-1097 of the complaint.

1098. Denies the allegations in paragraph 1098 of the complaint.

1099-1100. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1099-1100 of the complaint.

1101-1102. Denies the allegations in paragraphs 1101-1102 of the complaint

1103. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1103 of the complaint.

1104. In response to the allegations in paragraph 1104 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1105. Admits the allegations in paragraph 1105 of the complaint.

1106-1107. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1106-1107 of the complaint.

1108. Denies the allegations in paragraph 1108 of the complaint.

1109-1110. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1109-1110 of the complaint.

1111-1112. Denies the allegations in paragraphs 1111-1112 of the complaint

1113. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1113 of the complaint.

1114. In response to the allegations in paragraph 1114 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1115. Admits the allegations in paragraph 1115 of the complaint.

1116-1117. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1116-1117 of the complaint.

1118. Denies the allegations in paragraph 1118 of the complaint.

1119-1120. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1119-1120 of the complaint.

1121-1122. Denies the allegations in paragraphs 1121-1122 of the complaint

1123. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1123 of the complaint.

1124. In response to the allegations in paragraph 1124 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1125-1126. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1125-1126 of the complaint.

1127. Denies the allegations in paragraph 1127 of the complaint.

1128-1129. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1128-1129 of the complaint.

1130-1131. Denies the allegations in paragraphs 1130-1131 of the complaint

1132. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1132 of the complaint.

1133. In response to the allegations in paragraph 1133 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1134-1135. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1134-1135 of the complaint.

1136. Denies the allegations in paragraph 1136 of the complaint.

1137-1138. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1137-1138 of the complaint.

1139-1140. Denies the allegations in paragraphs 1139-1140 of the complaint

1141. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1141 of the complaint.

1142. In response to the allegations in paragraph 1142 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1143-1144. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1143-1144 of the complaint.

1145. Denies the allegations in paragraph 1145 of the complaint.

1146-1147. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1146-1147 of the complaint.

1148-1149. Denies the allegations in paragraphs 1148-1149 of the complaint

1150. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1150 of the complaint.

1151. In response to the allegations in paragraph 1151 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1152-1153. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1152-1153 of the complaint.

1154. Denies the allegations in paragraph 1154 of the complaint.

1155-1156. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1155-1156 of the complaint.

1157-1158. Denies the allegations in paragraphs 1157-1158 of the complaint

1159. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1159 of the complaint.

1160. In response to the allegations in paragraph 1160 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1161-1162. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1161-1162 of the complaint.

1163. Denies the allegations in paragraph 1163 of the complaint.

1164-1165. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1164-1165 of the complaint.

1166-1167. Denies the allegations in paragraphs 1166-1167 of the complaint

1168. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1168 of the complaint.

1169. In response to the allegations in paragraph 1169 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1170-1171. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1170-1171 of the complaint.

1172. Denies the allegations in paragraph 1172 of the complaint.

1173-1174. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1173-1174 of the complaint.

1175-1176. Denies the allegations in paragraphs 1175-1176 of the complaint

1177. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1177 of the complaint.

1178. In response to the allegations in paragraph 1178 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1179-1180. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1179-1180 of the complaint.

1181. Denies the allegations in paragraph 1181 of the complaint.

1182-1183. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1182-1183 of the complaint.

1184-1185. Denies the allegations in paragraphs 1184-1185 of the complaint

1186. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1186 of the complaint.

1187. In response to the allegations in paragraph 1187 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1188-1189. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1188-1189 of the complaint.

1190. Denies the allegations in paragraph 1190 of the complaint.

1191-1192. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1191-1192 of the complaint.

1193-1194. Denies the allegations in paragraphs 1193-1194 of the complaint

1195. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1195 of the complaint.

1196. In response to the allegations in paragraph 1196 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1197-1198. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1197-1198 of the complaint.

1199. Denies the allegations in paragraph 1199 of the complaint.

1200-1201. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1200-1201 of the complaint.

1202-1203. Denies the allegations in paragraphs 1202-1203 of the complaint

1204. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1204 of the complaint.

1205. In response to the allegations in paragraph 1205 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1206-1207. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1206-1207 of the complaint.

1208. Denies the allegations in paragraph 1208 of the complaint.

1209-1210. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1209-1210 of the complaint.

1211-1212. Denies the allegations in paragraphs 1211-1212 of the complaint

1213. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1213 of the complaint.

1214. In response to the allegations in paragraph 1214 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1215-1216. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1215-1216 of the complaint.

1217. Denies the allegations in paragraph 1217 of the complaint.

1218-1219. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1218-1219 of the complaint.

1220-1221. Denies the allegations in paragraphs 1220-1221 of the complaint

1222. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1222 of the complaint.

1223. In response to the allegations in paragraph 1223 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1224-1225. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1224-1225 of the complaint.

1226. Denies the allegations in paragraph 1226 of the complaint.

1227-1228. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1227-1228 of the complaint.

1229-1230. Denies the allegations in paragraphs 1229-1230 of the complaint

1231. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1231 of the complaint.

1232. In response to the allegations in paragraph 1232 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1233-1234. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1233-1234 of the complaint.

1235. Denies the allegations in paragraph 1235 of the complaint.

1236-1237. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1236-1237 of the complaint.

1238-1239. Denies the allegations in paragraphs 1238-1239 of the complaint

1240. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1240 of the complaint.

1241. In response to the allegations in paragraph 1241 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1242-1243. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1242-1243 of the complaint.

1244. Denies the allegations in paragraph 1244 of the complaint.

1245-1246. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1245-1246 of the complaint.

1247-1248. Denies the allegations in paragraphs 1247-1248 of the complaint

1249. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1249 of the complaint.

1250. In response to the allegations in paragraph 1250 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1115 of the complaint.

1251-1252. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1251-1252 of the complaint.

1253. Denies the allegations in paragraph 1253 of the complaint.

1254-1255. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1254-1255 of the complaint.

1256-1257. Denies the allegations in paragraphs 1256-1257 of the complaint

1258. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1258 of the complaint.

1259. In response to the allegations in paragraph 1259 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1260. Admits the allegations in paragraph 1260 of the complaint.

1261-1262. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1261-1262 of the complaint.

1263. Denies the allegations in paragraph 1263 of the complaint.

1264-1265. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1264-1265 of the complaint.

1266-1267. Denies the allegations in paragraphs 1266-1267 of the complaint

1268. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1268 of the complaint.

1269. In response to the allegations in paragraph 1269 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1270. Admits the allegations in paragraph 1270 of the complaint.

1271-1272. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1271-1272 of the complaint.

1273. Denies the allegations in paragraph 1273 of the complaint.

1274-1275. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1274-1275 of the complaint.

1276-1277. Denies the allegations in paragraphs 1276-1277 of the complaint

1278. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1278 of the complaint.

1279. In response to the allegations in paragraph 1279 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1270 of the complaint.

1280-1281. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1280-1281 of the complaint.

1282. Denies the allegations in paragraph 1282 of the complaint.

1283-1282. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1283-1284 of the complaint.

1285-1286. Denies the allegations in paragraphs 1285-1286 of the complaint

1287. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1287 of the complaint.

1288 In response to the allegations in paragraph 1288 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1270 of the complaint.

1289-1290. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1289-1290 of the complaint.

1291. Denies the allegations in paragraph 1291 of the complaint.

1292-1293. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1292-1293 of the complaint.

1294-1295. Denies the allegations in paragraphs 1294-1295 of the complaint

1296. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1296 of the complaint.

1297. In response to the allegations in paragraph 1297 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1270 of the complaint.

1298-1299. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1298-1299 of the complaint.

1300. Denies the allegations in paragraph 1300 of the complaint.

1301-1302. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1301-1302 of the complaint.

1303-1304. Denies the allegations in paragraphs 1303-1304 of the complaint

1305. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1305 of the complaint.

1306. In response to the allegations in paragraph 1306 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1270 of the complaint.

1307-1308. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1307-1308 of the complaint.

1309. Denies the allegations in paragraph 1309 of the complaint.

1310-1311. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1310-1311 of the complaint.

1312-1313. Denies the allegations in paragraphs 1312-1313 of the complaint

1314. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1314 of the complaint.

1315. In response to the allegations in paragraph 1315 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1270 of the complaint.

1316-1317. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1316-1317 of the complaint.

1318. Denies the allegations in paragraph 1318 of the complaint.

1319-1320. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1319-1320 of the complaint.

1321-1322. Denies the allegations in paragraphs 1321-1322 of the complaint

1323. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1323 of the complaint.

1324. In response to the allegations in paragraph 1324 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1270 of the complaint.

1325-1326. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1325-1326 of the complaint.

1327. Denies the allegations in paragraph 1327 of the complaint.

1328-1329. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1328-1329 of the complaint.

1330-1331. Denies the allegations in paragraphs 1330-1331 of the complaint

1332. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1332 of the complaint.

1333. In response to the allegations in paragraph 1333 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1334. Admits the allegations in paragraph 1334 of the complaint.

1335-1336. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1335-1336 of the complaint.

1337. Denies the allegations in paragraph 1337 of the complaint.

1338-1339. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1338-1339 of the complaint.

1340-1341. Denies the allegations in paragraphs 1340-1341 of the complaint

1342. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1342 of the complaint.

1343. In response to the allegations in paragraph 1343 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1344. Admits the allegations in paragraph 1344 of the complaint.

1345-1346. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1345-1346 of the complaint.

1347. Denies the allegations in paragraph 1347 of the complaint.

1348-1349. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1348-1349 of the complaint.

1350-1351. Denies the allegations in paragraphs 1350-1351 of the complaint

1352. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1352 of the complaint.

1353. In response to the allegations in paragraph 1353 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1344 of the complaint.

1354-1355. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1354-1355 of the complaint.

1356. Denies the allegations in paragraph 1356 of the complaint.

1357-1358. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1357-1358 of the complaint.

1359-1360 Denies the allegations in paragraphs 1359-1360 of the complaint

1361. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1361 of the complaint.

1362. In response to the allegations in paragraph 1362 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1363. Admits the allegations in paragraph 1363 of the complaint.

1364-1365. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1364-1365 of the complaint.

1366. Denies the allegations in paragraph 1366 of the complaint.

1367-1368. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1367-1368 of the complaint.

1369-1370. Denies the allegations in paragraphs 1369-1370 of the complaint.

1371. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1371 of the complaint.

1372. In response to the allegations in paragraph 1372 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1363 of the complaint.

1373-1374. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1373-1374 of the complaint.

1375. Denies the allegations in paragraph 1375 of the complaint.

1376-1377. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1376-1377 of the complaint.

1378-1379. Denies the allegations in paragraphs 1378-1379 of the complaint.

1380. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1380 of the complaint.

1381. In response to the allegations in paragraph 1381 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1363 of the complaint.

1382-1383. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1382-1383 of the complaint.

1384. Denies the allegations in paragraph 1384 of the complaint.

1385-1386. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1385-1386 of the complaint.

1387-1388. Denies the allegations in paragraphs 1387-1388 of the complaint.

1389. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1389 of the complaint.

1390. In response to the allegations in paragraph 1390 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1363 of the complaint.

1391-1392. States that its attorneys lack knowledge or information sufficient for form a belief as to the truth of the allegations in paragraphs 1391-1392 of the complaint.

1393. Denies the allegations in paragraph 1393 of the complaint.

1394-1395. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1394-1395 of the complaint.

1396-1397. Denies the allegations in paragraphs 1396-1397 of the complaint.

1398. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1398 of the complaint.

1399. In response to the allegations in paragraph 1399 of the complaint, the defendant incorporates and restates its responses to paragraphs 1-61 and 1363 of the complaint.

1400-1401. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1400-1401 of the complaint.

1402. Denies the allegations in paragraph 1402 of the complaint.

1403-1404. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1403-1404 of the complaint.

1405-1406. Denies the allegations in paragraphs 1405-1406 of the complaint.

1407. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1407 of the complaint.

1408. In response to the allegations in paragraph 1408 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1363 of the complaint.

1409-1410. States that its attorneys lack knowledge or information belief as to the truth of the allegations in paragraphs 1409-1410 of the complaint.

1411. Denies the allegations in paragraph 1411 of the complaint.

1412-1413. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1412-1413 of the complaint.

1414-1415. Denies the allegations in paragraphs 1414-1415 of the complaint.

1416. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1416 of the complaint.

1417. In response to the allegations in paragraph 1417 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1363 of the complaint.

1418-1419. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1418-1419 of the complaint.

1420. Denies the allegations in paragraph 1420 of the complaint.

1421-1422. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1421-1422 of the complaint.

1423-1424. Denies the allegations in paragraphs 1423-1424 of the complaint.

1425. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1425 of the complaint.

1426. In response to the allegations in paragraph 1426 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1363 of the complaint.

1427-1428. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1427-1428 of the complaint. 1429. Denies the allegations in paragraph 1429 of the complaint.

1430-1431. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1430-1431 of the complaint.

1432-1433. Denies the allegations in paragraphs 1432-1433 of the complaint.

1434. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1434 of the complaint.

1435. In response to the allegations in paragraph 1435 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1436. Admits the allegations in paragraph 1436 of the complaint.

1437-1438. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1437-1438 of the complaint.

1439. Denies the allegations in paragraph 1439 of the complaint.

1440-1441. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1440-1441 of the complaint.

1442-1443. Denies the allegations in paragraphs 1442-1443 of the complaint.

1444. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1444 of the complaint.

1445. In response to the allegations in paragraph 1445 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1446. Admits the allegations in paragraph 1446 of the complaint.

1447-1448. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1447-1448 of the complaint.

1449. Denies the allegations in paragraph 1449 of the complaint.

1450-1451. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1450-1451 of the complaint.

1452-1453. Denies the allegations in paragraphs 1452-1453 of the complaint.

1454. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1454 of the complaint.

1455. In response to the allegations in paragraph 1455 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1446 of the complaint.

1456-1457. States that its attorneys lack knowledge or information sufficient to form belief as to the truth of the allegations in paragraphs 1456-1457 of the complaint.

1458. Denies the allegations in paragraph 1458 of the complaint.

1459-1460. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1459-1460 of the complaint.

1461-1462. Denies the allegations in paragraphs 1461-1462 of the complaint.

1463. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1463 of the complaint.

1464. In response to the allegations in paragraph 1464 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1446 of the complaint.

1465-1466. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1465-1466 of the complaint.

1467. Denies the allegations in paragraph 1467 of the complaint.

1468-1469. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1468-1469 of the complaint.

1470-1471. Denies the allegations in paragraphs 1470-1471 of the complaint.

1472. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1472 of the complaint.

1473. In response to the allegations in paragraph 1473 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1446 of the complaint.

1474-1475. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1474-1475 of the complaint.

1476. Denies the allegations in paragraph 1476 of the complaint.

1477-1478. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1477-1478 of the complaint.

1479-1480. Denies the allegations in paragraphs 1479-1480 of the complaint.

1481. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1481 of the complaint.

1482. In response to the allegations in paragraph 1482 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1483. Admits the allegations in paragraph 1483 of the complaint.

1484-1485. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1484-1485 of the complaint.

1486. Denies the allegations in paragraph 1486 of the complaint.

1487-1488. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1487-1488 of the complaint.

1489-1490. Denies the allegations in paragraphs 1489-1490 of the complaint.

1491. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1491 of the complaint.

1492. In response to the allegations in paragraph 1492 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1493. Admits the allegations in paragraph 1493 of the complaint.

1494-1495. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1494-1495 of the complaint.

1496. Denies the allegations in paragraph 1496 of the complaint.

1497-1498. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1497-1498 of the complaint.

1499-1500. Denies the allegations in paragraphs 1499-1500 of the complaint.

1501. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1501 of the complaint.

1502. In response to the allegations in paragraph 1502 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1503-1504. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1503-1504 of the complaint.

1505. Denies the allegations in paragraph 1505 of the complaint.

1506-1507. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1506-1507 of the complaint.

1508-1509. Denies the allegations in paragraphs 1508-1509 of the complaint.

1510. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1510 of the complaint.

1511. In response to the allegations in paragraph 1511 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1512-1513. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1512-1513 of the complaint.

1514. Denies the allegations in paragraph 1514 of the complaint.

1515-1516. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1515-1516 of the complaint.

1517-1518. Denies the allegations in paragraphs 1517-1518 of the complaint.

1519. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1519 of the complaint.

1520. In response to the allegations in paragraph 1520 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1521-1522. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1521-1522 of the complaint.

1523. Denies the allegations in paragraph 1523 of the complaint.

1524-1525. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1524-1525 of the complaint.

1526-1527. Denies the allegations in paragraphs 1526-1527 of the complaint.

1528. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1528 of the complaint.

1529. In response to the allegations in paragraph 1529 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1530-1531. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1530-1531 of the complaint.

1532. Denies the allegations in paragraph 1532 of the complaint.

1533-1534. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1533-1534 of the complaint.

1535-1536. Denies the allegations in paragraphs 1535-1536 of the complaint.

1537. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1537 of the complaint.

1538. In response to the allegations in paragraph 1538 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1539-1540. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1539-1540 of the complaint.

1541. Denies the allegations in paragraph 1541 of the complaint.

1542-1543. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1542-1543 of the complaint.

1544-1545. Denies the allegations in paragraphs 1544-1545 of the complaint.

1546. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1546 of the complaint.

1547. In response to the allegations in paragraph 1547 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1548-1549. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1548-1549 of the complaint.

1550. Denies the allegations in paragraph 1550 of the complaint.

1551-1552. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1551-1552 of the complaint.

1553-1554. Denies the allegations in paragraphs 1553-1554 of the complaint.

1555. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1555 of the complaint.

1556. In response to the allegations in paragraph 1556 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1557-1558. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1557-1558 of the complaint.

1559. Denies the allegations in paragraph 1559 of the complaint.

1560-1561. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1560-1561 of the complaint.

1562-1563. Denies the allegations in paragraphs 1562-1563 of the complaint.

1564. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1564 of the complaint.

1565. In response to the allegations in paragraph 1565 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1566-1567. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1566-1567 of the complaint.

1568. Denies the allegations in paragraph 1568 of the complaint.

1569-1570. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1569-1570 of the complaint.

1571-1572. Denies the allegations in paragraphs 1571-1572 of the complaint.

1573. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1573 of the complaint.

1574. In response to the allegations in paragraph 1574 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1575-1576. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1575-1576 of the complaint.

1577. Denies the allegations in paragraph 1577 of the complaint.

1578-1579. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1578-1579 of the complaint.

1580-1581. Denies the allegations in paragraphs 1580-1581 of the complaint.

1582. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1582 of the complaint.

1583. In response to the allegations in paragraph 1583 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1584-1585. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1584-1585 of the complaint.

1586. Denies the allegations in paragraph 1586 of the complaint.

1587-1588. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1587-1588 of the complaint.

1589-1590. Denies the allegations in paragraphs 1589-1590 of the complaint.

1591. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1591 of the complaint.

1592. In response to the allegations in paragraph 1592 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1593-1594. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1593-1594 of the complaint.

1595. Denies the allegations in paragraph 1595 of the complaint.

1596-1597. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1596-1597 of the complaint.

1598-1599. Denies the allegations in paragraphs 1598-1599 of the complaint.

1600. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1600 of the complaint.

1601. In response to the allegations in paragraph 1601 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1602-1603. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1602-1603 of the complaint.

1604. Denies the allegations in paragraph 1604 of the complaint.

1605-1606. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1605-1606 of the complaint.

1607-1608. Denies the allegations in paragraphs 1607-1608 of the complaint.

1609. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1609 of the complaint.

1610. In response to the allegations in paragraph 1610 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1611-1612. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1611-1612 of the complaint.

1613. Denies the allegations in paragraph 1613 of the complaint.

1614-1615. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1614-1615 of the complaint.

1616-1617. Denies the allegations in paragraphs 1618-1617 of the complaint.

1618. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1618 of the complaint.

1619. In response to the allegations in paragraph 1619 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1493 of the complaint.

1620-1621. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1620-1621 of the complaint.

1622. Denies the allegations in paragraph 1622 of the complaint.

1623-1624. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1623-1624 of the complaint.

1625-1626. Denies the allegations in paragraphs 1625-1626 of the complaint.

1627. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1627 of the complaint.

1628. In response to the allegations in paragraph 1628 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1629. Admits the allegations in paragraph 1629 of the complaint.

1630-1631. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1630-1631 of the complaint.

1632. Denies the allegations in paragraph 1632 of the complaint.

1633-1634. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1633-1634 of the complaint.

1635-1636. Denies the allegations in paragraphs 1635-1636 of the complaint.

1637. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1637 of the complaint.

1638. In response to the allegations in paragraph 1638 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1639-1640. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1639-1640 of the complaint.

1641. Denies the allegations in paragraph 1641 of the complaint.

1642-1643. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1642-1643 of the complaint.

1644-1645. Denies the allegations in paragraphs 1644-1645 of the complaint.

1646. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1646 of the complaint.

1647. In response to the allegations in paragraph 1647 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1648-1649. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1648-1649 of the complaint.

1650. Denies the allegations in paragraph 1650 of the complaint.

1651-1652. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1651-1652 of the complaint.

1653-1654. Denies the allegations in paragraphs 1653-1654 of the complaint.

1655. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1655 of the complaint.

1656. In response to the allegations in paragraph 1656 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1657-1658. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1657-1658 of the complaint.

1659. Denies the allegations in paragraph 1659 of the complaint.

1660-1661. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1660-1661 of the complaint.

1662-1663. Denies the allegations in paragraphs 1662-1663 of the complaint.

1664. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1664 of the complaint.

1665. In response to the allegations in paragraph 1665 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1666-1667. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1666-1667 of the complaint.

1668. Denies the allegations in paragraph 1668 of the complaint.

1669-1670. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1669-1670 of the complaint.

1671-1672. Denies the allegations in paragraphs 1671-1672 of the complaint.

1673. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1673 of the complaint.

1674. In response to the allegations in paragraph 1674 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1675-1676. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1675-1676 of the complaint.

1677. Denies the allegations in paragraph 1677 of the complaint.

1678-1679. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1678-1679 of the complaint.

1680-1681. Denies the allegations in paragraphs 1680-1681 of the complaint.

1682. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1682 of the complaint.

1683. In response to the allegations in paragraph 1683 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1684-1685. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1684-1685 of the complaint.

1686. Denies the allegations in paragraph 1686 of the complaint.

1687-1688. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1687-1688 of the complaint.

1689-1690. Denies the allegations in paragraphs 1689-1690 of the complaint.

1691. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1691 of the complaint.

1692. In response to the allegations in paragraph 1692 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1693-1694. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1693-1694 of the complaint.

1695. Denies the allegations in paragraph 1695 of the complaint.

1696-1697. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1696-1697 of the complaint.

1698-1699. Denies the allegations in paragraphs 1698-1699 of the complaint.

1700. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1700 of the complaint.

1701. In response to the allegations in paragraph 1701 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1702-1703. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1702-1703 of the complaint.

1704. Denies the allegations in paragraph 1704 of the complaint.

1705-1706. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1705-1706 of the complaint.

1707-1708. Denies the allegations in paragraphs 1707-1708 of the complaint.

1709. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1709 of the complaint.

1710. In response to the allegations in paragraph 1710 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1711-1712. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1711-1712 of the complaint.

1713. Denies the allegations in paragraph 1713 of the complaint.

1714-1715. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1714-1715 of the complaint.

1716-1717. Denies the allegations in paragraphs 1716-1717 of the complaint.

1718. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1718 of the complaint.

1719. In response to the allegations in paragraph 1719 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1720-1721. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1720-1721 of the complaint.

1722. Denies the allegations in paragraph 1722 of the complaint.

1723-1724. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1723-1724 of the complaint.

1725-1726. Denies the allegations in paragraphs 1725-1726 of the complaint.

1727. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1727 of the complaint.

1728. In response to the allegations in paragraph 1728 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1629 of the complaint.

1729-1730. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1729-1730 of the complaint.

1731. Denies the allegations in paragraph 1731 of the complaint.

1732-1733. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1732-1733 of the complaint.

1734-1735. Denies the allegations in paragraphs 1734-1735 of the complaint.

1736. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1736 of the complaint.

1737. In response to the allegations in paragraph 1737 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1738. Admits the allegations in paragraph 1738 of the complaint.

1739-1740. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1739-1740 of the complaint.

1741. Denies the allegations in paragraph 1741 of the complaint.

1742-1743. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1742-1743 of the complaint.

1744-1745. Denies the allegations in paragraphs 1744-1745 of the complaint.

1746. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1746 of the complaint.

1747. In response to the allegations in paragraph 1747 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1738 of the complaint.

1748-1749. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1748-1749 of the complaint.

1750. Denies the allegations in paragraph 1750 of the complaint.

1751-1752. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1751-1752 of the complaint.

1753-1754. Denies the allegations in paragraphs 1753-1754 of the complaint.

1755. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1755 of the complaint.

1756. In response to the allegations in paragraph 1756 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1738 of the complaint.

1757-1758. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1757-1758 of the complaint.

1759. Denies the allegations in paragraph 1759 of the complaint.

1760-1761. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1760-1761 of the complaint.

1762-1763. Denies the allegations in paragraphs 1762-1763 of the complaint.

1764. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1764 of the complaint.

1765. In response to the allegations in paragraph 1765 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1738 of the complaint.

1766-1767. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1766-1767 of the complaint.

1768. Denies the allegations in paragraph 1768 of the complaint.

1769-1770. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1769-1770 of the complaint.

1771-1772. Denies the allegations in paragraphs 1771-1772 of the complaint.

1773. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1773 of the complaint.

1774. In response to the allegations in paragraph 1774 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 of the complaint.

1775. Admits the allegations in paragraph 1775 of the complaint.

1776-1777. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1776-1777 of the complaint.

1778. Denies the allegations in paragraph 1778 of the complaint.

1779-1780. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1779-1780 of the complaint.

1781-1782. Denies the allegations in paragraphs 1781-1782 of the complaint.

1783. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1783 of the complaint.

1784. In response to the allegations in paragraph 1784 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1775 of the complaint.

1785-1786. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1785-1786 of the complaint.

1787. Denies the allegations in paragraph 1787 of the complaint.

1788-1789. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1788-1789 of the complaint.

1790-1791. Denies the allegations in paragraphs 1790-1791 of the complaint.

1792. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1792 of the complaint.

1793. In response to the allegations in paragraph 1793 of the complaint the defendant incorporates and restates its responses to paragraphs 1-61 and 1775 of the complaint.

1794-1795. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1794-1795 of the complaint.

1796. Denies the allegations in paragraph 1796 of the complaint.

1797-1798. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 1797-1798 of the complaint.

1799-1800. Denies the allegations in paragraphs 1799-1800 of the complaint.

1801. States that its attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1801 of the complaint.

WHEREFORE, defendant prays that the complaint of plaintiffs,

El Paso Global LNG Company, Coastal Eagle Point Oil Company, Coastal Coal West Virginia, LLC, Coastal Chemical, Inc., Great Lakes Gas Transmission Company, ANR Pipeline Company, ANR Development Corporation, Coastal Technology, Inc., Coastal Tankships USA, Inc., Coastal States Trading, Coastal States Management Corporation, Coastal Refining and Marketing, Inc., Coastal Power Company, Coastal Oil New England, Inc., Coast Mobile Refining Company, Coastal Mart, Inc., Coastal Javelina, Inc., Coastal Health Management, Coastal Gas Services Company, LLC, El Paso Power Operations Company, El Paso Natural Gas Company, El Paso Merchant Energy North America Company, El Paso Global Networks Company, El Paso Field Services Management, Inc., El Paso Field Operations Company, El Paso Energy Service Company, El Paso CGP Company, Coscol Petroleum Corporation, Coscol Marine Corporation, Colorado Interstate Gas Company, Coastal Unilube, Inc., Coastal Travel

Mart, Southern Natural Gas Company, El Paso Production Oil and Gas Company, El Paso Production Company, El Paso Merchant Energy-Petroleum Company, Sandbar Petroleum, and Tennessee Gas Pipeline Company, be dismissed with prejudice, with defendant's costs to be taxed against the plaintiffs

and with such other relief as the Court deems appropriate and just.

Respectfully submitted,

s/ Benjamin King

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/ David Gustafson

Of Counsel

March 20, 2006