IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1403 T

(Judge Margolis)

EL PASO LNG COMPANY, et al.,

Plaintiff,

v.

UNITED STATES,

Defendant.

MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, El Paso Global LNG Company ("El Paso Global LNG"), Coastal Eagle Point Oil Company ("Coastal Eagle Point Oil"), Coastal Coal West Virginia, LLC ("Coastal Coal West Virginia"), Coastal Coal Company, LLC ("Coastal Coal"), Coastal Chem, Inc. ("Coastal Chem"), Great Lakes Gas Transmission Company ("Great Lakes Gas"), ANR Pipeline Company ("ANR Pipeline"), ANR Development Corporation ("ANR Development"), Coastal Technology, Inc., nka El Paso Technology, Inc. ("Coastal Technology"), Coastal Tankships USA, Inc., nka El Paso Tankships USA Company ("Coastal Tankships"), Coastal States Trading, nka El Paso Merchant Energy-Petroleum Company, ("Coastal States Trading"), Coastal States Management Corporation ("Coastal States Management"), Coastal Refining & Marketing, Inc., nka El Paso Merchant Energy-Petroleum Company ("Coastal Refining "), Coastal Power Company, nka El Paso CGP Company, ("Coastal Power"), Coastal Oil New England, Inc. ("Coastal Oil New England"), Coastal Mobile Refining Company ("Coastal Mobile Refining"), Coastal Mart, Inc. ("Coastal Mart"), Coastal Javelina, Inc., lka El Paso

Javelina Company, LP ("Coastal Javelina"), Coastal Health Management Corporation ("Coastal Health Management"), Coastal Gas Services Company, LLC, nka CIG Merchant Company ("Coastal Gas Services"), El Paso Power Operations Company ("El Paso Power"), El Paso Natural Gas Company ("El Paso Natural Gas"), El Paso Merchant Energy North America Company ("El Paso Merchant Energy North America"), El Paso Global Networks Company, El Paso Field Services Management, Inc. ("El Paso Field Services Management"), El Paso Field Operations Company ("El Paso Field Operations"), El Paso Energy Service Company, El Paso CGP Company, formerly The Coastal Corporation ("El Paso CGP"), Coscol Petroleum Corporation ("Coscol Petroleum"), Coscol Marine Corporation, nka El Paso Tankships USA Company ("Coscol Marine"), Colorado Interstate Gas Company, Coastal Unilube, Inc. ("Coastal Unilube"), Coastal Travel Mart, Inc., nka El Paso CGP Company, Southern Natural Gas Company ("Southern Natural Gas"), El Paso Production Oil & Gas Company ("El Paso Production Oil & Natural Gas"), El Paso Production Company ("El Paso Production"), El Paso Merchant Energy-Petroleum Company, formerly Coastal Refining & Marketing, Inc. ("El Paso Merchant Energy-Petroleum"), Sandbar Petroleum Company ("Sandbar Petroleum"), Tennessee Gas Pipeline ("Tennessee Gas") (collectively "Plaintiffs"), move this Court for a 21-day enlargement, from May 22, 2006, to and including June 12, 2006 to serve its Initial Disclosures upon Defendant, the United States, in the above captioned case. No prior enlargement of this deadline has been requested. Plaintiffs' counsel has contacted counsel for the Defendant, who has stated that Defendant has no objection to the enlargement of time sought by this motion.

As good cause therefore, this case involves over thirty plaintiff companies. Accordingly, Plaintiffs require additional time in which to assemble the documents and information necessary to Plaintiffs' Initial Disclosures. The enlargement sought by this motion will allow Plaintiffs time to adequately prepare their disclosures to Defendant.

WHEREFORE, Plaintiffs request that the Court enlarge the deadline for the Plaintiffs to serve their Initial Disclosures on Defendant to June 12, 2006.

Respectfully submitted,

05/30/06
DATE

s/Craig A. Etter

CRAIG A. ETTER, ESQUIRE
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301

Counsel for Plaintiffs