# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

EL PASO LNG COMPANY, ET AL., Plaintiffs,

v.

UNITED STATES, Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-1403T

(Filed: June 2, 2006)

**O R D E R**

Plaintiffs' unopposed motion, filed May 30, 2006, for an enlargement of time, to and including June 12, 2006, to serve its initial disclosures upon defendant is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims