# In the United States Court of Federal Claims

| | |
|---|---|
| EL PASO LNG COMPANY, ET AL., | |
| Plaintiffs, | |
| v. | No. 05-1403T |
| UNITED STATES, | (Filed: June 22, 2006) |
| Defendant. | |

## ORDER

A status conference by telephone is set for Wednesday, July 5, 2006, at 2:30 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims