# In the United States Court of Federal Claims

| | |
|---|---|
| EL PASO LNG COMPANY, ET AL.,<br>Plaintiffs,<br>v.<br>UNITED STATES,<br>Defendant. | No. 05-1403T<br>(Filed: July 6, 2006) |

## O R D E R

A status conference by telephone was held in the above-captioned case on July 5, 2006.

**It is hereby ORDERED:**

1. The next status conference shall be held by telephone on Thursday, October 26, 2006, at 11:30 a.m. The Court will initiate the conference call.

2. The parties shall complete all discovery by January 5, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims