# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

EL PASO LNG COMPANY, ET AL.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-1403T

(Filed: October 26, 2006)

**ORDER**

A status conference by telephone was held in the above-captioned case on October 26, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, January 24, 2007, at 11:30 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims