# In the United States Court of Federal Claims

| | |
|---|---|
| EL PASO LNG COMPANY, ET AL., Plaintiffs, v. UNITED STATES, Defendant. | No. 05-1403T (Filed: January 4, 2007) |

**ORDER**

Plaintiffs' unopposed motion, filed January 3, 2007, for an enlargement of time for the parties to complete discovery to February 5, 2007, is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims