# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *
EL PASO LNG COMPANY, ET AL., *
Plaintiffs, *
v. * No. 05-1403T
UNITED STATES, * (Filed: January 24, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**<u>O R D E R</u>**

A status conference by telephone was held in the above-captioned case on January 24, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, May 16, 2007, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims