IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EL PASO, et al., | |
| Plaintiffs, | |
| v. | Case No. 05-1403 T |
| UNITED STATES OF AMERICA, | Judge Margolis |
| Defendant. | |

**JOINT MOTION TO SUSPEND**

Plaintiffs El Paso Global LNG Company ("El Paso Global LNG"), Coastal Eagle Point Oil Company ("Coastal Eagle Point Oil"), Coastal Coal West Virginia, LLC ("Coastal Coal West Virginia"), Coastal Coal Company, LLC ("Coastal Coal"), Coastal Chem, Inc. ("Coastal Chem"), Great Lakes Gas Transmission Company ("Great Lakes Gas"), ANR Pipeline Company ("ANR Pipeline"), ANR Development Corporation ("ANR Development"), Coastal Technology, Inc., nka El Paso Technology, Inc. ("Coastal Technology"), Coastal Tankships USA, Inc., nka El Paso Tankships USA Company ("Coastal Tankships"), Coastal States Trading, nka El Paso Merchant Energy-Petroleum Company, ("Coastal States Trading"), Coastal States Management Corporation ("Coastal States Management"), Coastal Refining & Marketing, Inc., nka El Paso Merchant Energy-Petroleum Company ("Coastal Refining "), Coastal Power Company, nka El Paso CGP Company, ("Coastal Power"), Coastal Oil New England, Inc. ("Coastal Oil New England"), Coastal Mobile Refining Company ("Coastal Mobile Refining"), Coastal Mart, Inc. ("Coastal Mart"), Coastal Javelina, Inc., lka El Paso Javelina Company, LP ("Coastal Javelina"), Coastal Health Management Corporation

("Coastal Health Management"), Coastal Gas Services Company, LLC, nka CIG Merchant Company ("Coastal Gas Services"), El Paso Power Operations Company ("El Paso Power"), El Paso Natural Gas Company ("El Paso Natural Gas"), El Paso Merchant Energy North America Company ("El Paso Merchant Energy North America"), El Paso Global Networks Company, El Paso Field Services Management, Inc. ("El Paso Field Services Management"), El Paso Field Operations Company ("El Paso Field Operations"), El Paso Energy Service Company, El Paso CGP Company, formerly The Coastal Corporation ("El Paso CGP"), Coscol Petroleum Corporation ("Coscol Petroleum"), Coscol Marine Corporation, nka El Paso Tankships USA Company ("Coscol Marine"), Colorado Interstate Gas Company, Coastal Unilube, Inc. ("Coastal Unilube"), Coastal Travel Mart, Inc., nka El Paso CGP Company, Southern Natural Gas Company ("Southern Natural Gas"), El Paso Production Oil & Gas Company ("El Paso Production Oil & Natural Gas"), El Paso Production Company ("El Paso Production"), El Paso Merchant Energy-Petroleum Company, formerly Coastal Refining & Marketing, Inc. ("El Paso Merchant Energy-Petroleum"), Sandbar Petroleum Company ("Sandbar Petroleum"), Tennessee Gas Pipeline ("Tennessee Gas") (collectively "Plaintiffs") by and through undersigned counsel, and Defendant, United States of America ("Defendant") (collectively, the "Parties"), jointly request that this Court suspend proceedings in the above-captioned case until there is a final decision in the appeal of *CSX Corporation v. United States*, Docket No. 2007-5003.

The parties have completed discovery and have entered into a stipulation of facts regarding the background facts involved in this case. The parties have determined that the facts of this case fall within the scope of the Court's decision in *CSX*. Defendant's

counsel in this case is also defendant's counsel in *CSX*. Final Judgment was entered in the *CSX* case by this Court on August 14, 2006, and an Amended Judgment was entered on August 23, 2006. The parties to *CSX* have appealed this decision to the Court of Appeals for the Federal Circuit and completed their briefing on July 5, 2007. The parties to the present case agree that the Federal Circuit's decision in *CSX* will control the resolution of this case. Therefore, the parties request that the Court suspend the proceedings in this case pending a final decision in *CSX*. The parties propose to submit a joint status report every 90 days to keep the Court advised of the progress in *CSX*.

DATE: 08/02/07

Respectfully submitted,

/s/

Craig A. Etter, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1315
Facsimile (703) 714-8315

Attorney of Record for Plaintiffs

OF COUNSEL:

Timothy J. Jessell, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1309
Facsimile (703) 714-8309

DATE: 08/02/07

/s/

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Phone (202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief,
Court of Federal Claims Section

DATE: 08/02/07

/s/

Of Counsel

Dated: August 2, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EL PASO, et al., | |
| Plaintiffs, | |
| v. | Case No. 05-1403 T |
| UNITED STATES OF AMERICA, | Judge Margolis |
| Defendant. | |

**ORDER**

This cause came before the Court upon the parties' Joint Motion to Suspend. The Court having considered that motion, it is hereby

ORDERED that said motion be, and the same hereby is, GRANTED. It is further

ORDERED that Proceedings in this case are stayed pending a final decision in the appeal of *CSX Corp. v. United States*, Docket No. 2007-5003. During the pendency of the stay, joint status reports shall be filed every 90 days.

ENTERED this ____ day of ____________________________, 2007.

______________________________
The Honorable Lawrence S. Margolis