# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
EL PASO LNG COMPANY, ET AL., *
Plaintiffs, *
v. * No. 05-1403T
UNITED STATES, * (Filed: August 8, 2007)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The parties' motion, filed August 2, 2007, to suspend proceedings in the above case is **GRANTED.**

**It is hereby ORDERED:**

All proceeding in the above case are stayed pending a final decision in the appeal of *CSX Corp. v. United States,* Docket No. 2007-5003. During the pendency of the stay, joint status reports shall be filed every 90 days.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims