IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EL PASO, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 05-1403 T<br>Judge Margolis |

**JOINT STATUS REPORT**

Pursuant to this Court's August 8, 2007 Order granting the parties' joint motion for suspension, Plaintiffs El Paso Global LNG Company ("El Paso Global LNG"), Coastal Eagle Point Oil Company ("Coastal Eagle Point Oil"), Coastal Coal West Virginia, LLC ("Coastal Coal West Virginia"), Coastal Coal Company, LLC ("Coastal Coal"), Coastal Chem, Inc. ("Coastal Chem"), Great Lakes Gas Transmission Company ("Great Lakes Gas"), ANR Pipeline Company ("ANR Pipeline"), ANR Development Corporation ("ANR Development"), Coastal Technology, Inc., nka El Paso Technology, Inc. ("Coastal Technology"), Coastal Tankships USA, Inc., nka El Paso Tankships USA Company ("Coastal Tankships"), Coastal States Trading, nka El Paso Merchant Energy-Petroleum Company, ("Coastal States Trading"), Coastal States Management Corporation ("Coastal States Management"), Coastal Refining & Marketing, Inc., nka El Paso Merchant Energy-Petroleum Company ("Coastal Refining "), Coastal Power Company, nka El Paso CGP Company, ("Coastal Power"), Coastal Oil New England, Inc. ("Coastal Oil New England"), Coastal Mobile Refining Company ("Coastal Mobile Refining"), Coastal Mart, Inc. ("Coastal Mart"), Coastal Javelina, Inc., lka El Paso Javelina Company, LP ("Coastal Javelina"), Coastal Health Management Corporation ("Coastal Health Management"),

Coastal Gas Services Company, LLC, nka CIG Merchant Company ("Coastal Gas Services"), El Paso Power Operations Company ("El Paso Power"), El Paso Natural Gas Company ("El Paso Natural Gas"), El Paso Merchant Energy North America Company ("El Paso Merchant Energy North America"), El Paso Global Networks Company, El Paso Field Services Management, Inc. ("El Paso Field Services Management"), El Paso Field Operations Company ("El Paso Field Operations"), El Paso Energy Service Company, El Paso CGP Company, formerly The Coastal Corporation ("El Paso CGP"), Coscol Petroleum Corporation ("Coscol Petroleum"), Coscol Marine Corporation, nka El Paso Tankships USA Company ("Coscol Marine"), Colorado Interstate Gas Company, Coastal Unilube, Inc. ("Coastal Unilube"), Coastal Travel Mart, Inc., nka El Paso CGP Company, Southern Natural Gas Company ("Southern Natural Gas"), El Paso Production Oil & Gas Company ("El Paso Production Oil & Natural Gas"), El Paso Production Company ("El Paso Production"), El Paso Merchant Energy-Petroleum Company, formerly Coastal Refining & Marketing, Inc. ("El Paso Merchant Energy-Petroleum"), Sandbar Petroleum Company ("Sandbar Petroleum"), Tennessee Gas Pipeline ("Tennessee Gas") (collectively "Plaintiffs") by and through undersigned counsel, and Defendant, United States of America ("Defendant") (collectively, the "Parties"), file this Joint Status Report to advise the Court of the current status of the above captioned case as well as the status of the appeal of *CSX Corporation, Inc. et al. v. U.S.*, Docket No. 2007-5003 (the "*CSX* case"):

1. The Parties completed discovery in the above-captioned case on February 5, 2007.

2. The Parties filed their Joint Stipulations of Fact on July 27, 2007.

3. On August 2, 2007, the Parties jointly moved to stay proceedings in this case pending the resolution of the proceedings in the *CSX* case.

4. This Court granted the Parties' joint motion to stay the proceedings in this case on August 8, 2007.

5. Final Judgment was entered by this Court in the *CSX* case, Civ. No. 95-cv-00858, on August 14, 2006, and an Amended Judgment was entered on August 23, 2006.

6. On October 2, 2006, CSX Corporation, Inc. appealed this Court's decision in the *CSX* case, to the Court of Appeals for the Federal Circuit (Docket No. 2007-5003). On October 12, 2006, the United States filed a cross appeal.

7. On December 28, 2006, Appellant/Cross-Appellee CSX Corporation, Inc. filed its Principal Brief in the cross appeal. On March 12, 2007, Appellee/Cross-Appellant the United States filed its Principal Brief in the cross appeal. Appellant/Cross-Appellee filed its Response and Reply Brief on May 22, 2007. Appellee/Cross-Appellant filed its Reply Brief on July 5, 2007. The Joint Appendix was served by Appellant/Cross-Appellee CSX Corporation, Inc. on July 11, 2007.

8. Oral argument on the *CSX* case was held before the Federal Circuit Court of Appeals on October 2, 2007.

9. The Parties to the present case agree that the Federal Circuit's decision in the *CSX* case will control the resolution of this case. Therefore, the Parties request that the suspension of the proceedings in this case not be lifted until a final decision is entered in the *CSX* case.

10. The Parties will file an additional Joint Status Report regarding the progress of the *CSX* case within 90 days of the present report, as required by this Court's August 2, 2007 Order.

DATE: 02/7/08

Respectfully submitted,

/s/

Craig A. Etter, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1315
Facsimile (703) 714-8315

Attorney of Record for Plaintiffs

OF COUNSEL:
Timothy J. Jessell, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1309
Facsimile (703) 714-8309

DATE: 02/7/08

/s/

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Phone (202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief,
Court of Federal Claims Section

DATE: 02/7/08

/s/

Of Counsel

Dated: 02/7/08