# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AVAYA INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 04-1824T<br><br>Judge Charles F. Lettow |

## JOINT STATUS REPORT

Pursuant to this Court's December 6, 2006 Order granting the parties' joint motion for suspension, Plaintiff Avaya Inc. ("Plaintiff"), by and through the undersigned counsel, and Defendant, United States of America ("Defendant"), file this Joint Status Report to advise the Court of the current status of the above captioned case as well as the status of the appeal of *CSX Corporation, Inc. et al. v. U.S.*, Docket No. 2007-5003:

1. Plaintiff and Defendant (the "Parties") completed discovery in the above-captioned case in May, 2006.

2. The Parties filed their Joint Stipulations of Fact on August 17, 2006.

3. On September 18, 2006, the Parties jointly moved to stay proceedings in this case pending the resolution of the proceedings in *CSX Corporation, Inc. et al. v. U.S.*, Docket No. 2007-5003.

4. This Court granted the Parties' joint motion to stay the proceedings in this case on December 6, 2006.

5. Final Judgment was entered by this Court in the *CSX* case, Civ. No. 95-cv-00858, on August 14, 2006, and an Amended Judgment was entered on August 23, 2006.

6. On October 2, 2006, CSX Corporation, Inc. appealed this Court's decision in the *CSX* case, to the Court of Appeals for the Federal Circuit (Docket No. 2007-5003). On October 12, 2006, the United States filed a cross appeal.

7. On December 28, 2006, Appellant/Cross-Appellee CSX Corporation, Inc. filed its Principal Brief in the cross appeal. On March 12, 2007, Appellee/Cross-Appellant the United States filed its Principal Brief in the cross appeal. Appellant/Cross-Appellee filed its Response and Reply Brief on May 22, 2007. Appellee/Cross-Appellant filed its Reply Brief on July 5, 2007. The Joint Appendix was served by Appellant/Cross-Appellee CSX Corporation, Inc. on July 11, 2007.

8. Oral argument on the *CSX* case was held before the Federal Circuit Court of Appeals on October 2, 2007.

9. On March 6, 2008 the Federal Circuit issued its decision in the *CSX* case. The Federal Circuit reversed this Court's prior ruling in the same case that payments falling within the definition of supplemental unemployment benefits under section 3402(o) are non-wages for purposes of the Federal Insurance Contributions Act ("FICA"), 26 U.S.C. §§ 3101-3128. The Federal Circuit further held that all of the payments at issue in that case were "wages" as that term is used in FICA.

10. Following the Federal Circuit's March 6, 2008 decision and order, CSX filed a combined petition for panel rehearing and for rehearing en banc. CSX's petition was denied in its entirety on May 13, 2008 and the Federal Circuit issued a mandate on May 20, 2008.

11. The parties to the present case anticipate that CSX will file a petition for a Writ of Certiorari in the United States Supreme Court. The deadline for CSX to file a petition for a Writ of Certiorari in the United States Supreme Court is August 11, 2008.

12. The Parties to the present case agree that the *CSX* case will control the resolution of this case. Therefore, the Parties request that the suspension of the proceedings in this case not be lifted until CSX's anticipated petition for certiorari is resolved and a final decision is entered in the *CSX* case, or, in the event that CSX elects not to petition for a Writ of Certiorari, the deadline for it to file such a petition expires.

13. The Parties will file an additional Joint Status Report regarding the progress of the *CSX* case within 90 days of the present report, as required by this Court's December 6, 2006 Order.

DATE: June 13, 2008

Respectfully submitted,

/s/

Craig A. Etter, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1315
Facsimile (703) 714-8315

Attorney of Record for Plaintiff

OF COUNSEL:
Timothy J. Jessell, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Phone (703) 749-1309
Facsimile (703) 714-8309

DATE: 06/13/08

/s/

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Phone (202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief,
Court of Federal Claims Section

DATE: 06/13/08

/s/

Of Counsel

Dated: June 13, 2008